# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | | |
|---|---|---|
| GREGORY BISARD, | ) | |
| Petitioner, | ) ) ) | |
| v. | ) ) | Case No. CV416-246 |
| EDWARD PHILBIN, Warden, Autry State Prison, | ) ) ) ) | |
| Respondent. | ) | |

## REPORT AND RECOMMENDATION

Petitioner Gregory Bisard, convicted in Chatham County, Georgia Superior Court of murder and possession of a knife during the commission of a crime, petitions to vacate those convictions under 28 U.S.C. § 2254. Doc. 1. Preliminary review under Rule 4 of the Rules Governing Section 2254 Cases shows that his petition must be dismissed.

This is not Bisard's first rodeo. Twenty-four years ago the Court denied his first § 2254 petition on the merits. *Bisard v. Scott*, No. CV490-034, docs. 26, 31-32 (S.D. Ga. Oct. 2, 1990). Plaintiff appealed that judgment, but the Eleventh Circuit declined to grant a certificate of probable cause for appeal, *id.* at docs. 36 (COA application denied), 38 (motion for reconsideration denied), and the Supreme Court denied

certiorari (petition for writ of certiorari denied), *id.* at doc. 38. *See also Bisard v. Scott*, 506 U.S. 1036 (1992). He then came back to the district court for a second shot at habeas relief under the guise of a 42 U.S.C. § 1983 claim, contending that the assistant district attorney who prosecuted the criminal case relied on perjured testimony and falsified evidence, denied him meaningful access to the court, and applied "ex post facto law." *Bisard v. State of Georgia, et al.*, No. CV492-225. That case was dismissed as both untimely and on the merits. He returned once again, seeking the release of his criminal file from the state prosecution under the Freedom of Information Act, presumably for use in again challenging some part of his conviction. *Bisard v. Chatham Cty. District Attorney's Office*, CV493-263 (S.D. Ga. Nov. 4, 1993). That case was dismissed as frivolous. *Id.*, docs. 4, 7 & 8. He has since filed several successive state court cases seeking to overturn his conviction, each one dismissed in turn. *See* doc. 1 at 3-6 (noting multiple cases filed Chatham, Tatnall, and Mitchell County courthouses). And here Bisard returns, again seeking habeas relief from his 1987 conviction without authorization from the Eleventh Circuit to do so. *See* doc. 1.

2

"Before a second or successive application permitted by this section is filed in the district court, the applicant shall move in the appropriate court of appeals for an order authorizing the district court to consider the application." 28 U.S.C. § 2244(b)(3)(A). District courts "lack[] jurisdiction to decide a second or successive petition filed without [the court of appeals'] authorization." *Insignares v. Sec'y, Fla. Dep't of Corr.*, 755 F.3d 1273, 1278 (11th Cir. 2014). Consequently, "[a] district court *must* dismiss a second or successive petition, without awaiting any response from the government, unless the court of appeals has given approval for its filing." *Smalls v. St. Lawrence*, 2012 WL 1119766 at * 1 (S.D. Ga. Feb. 27, 2012).

Because (1) this is Bisard's second § 2254 petition (and fourth attempt to attack his conviction in this court alone), and (2) he never sought permission from the court of appeals before filing, "this Court is not at liberty to consider it." *Id.* Accordingly, his petition should be **DISMISSED**.

Applying the Certificate of Appealability (COA) standards set forth in *Brown v. United States*, 2009 WL 307872 at * 1-2 (S.D. Ga. Feb.9, 2009), the Court discerns no COA-worthy issues at this stage of the

3

litigation, so no COA should issue either. 28 U.S.C. § 2253(c)(1); Rule 11(a) of the Rules Governing § 2254 Cases ("The district court *must* issue or deny a certificate of appealability when it enters a final order adverse to the applicant") (emphasis added). And, as there are no non-frivolous issues to raise on appeal, an appeal would not be taken in good faith. Thus, *in forma pauperis* status on appeal should likewise be **DENIED**. 28 U.S.C. § 1915(a)(3).

**SO REPORTED AND RECOMMENDED**, this  27th  day of September, 2016.

<span style="text-align:center">/s/ G.R. Smith<br>UNITED STATES MAGISTRATE JUDGE<br>SOUTHERN DISTRICT OF GEORGIA</span>