# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | | |
|---|---|---|
| GREGORY BISARD, | ) | |
| Petitioner, | ) ) ) | |
| v. | ) ) | CV416-246 |
| WALTER BERRY, Warden, Autry State Prison, | ) ) ) ) | |
| Respondent. | ) ) | |

## ORDER

Petitioner Gregory Bisard, convicted in Chatham County, Georgia Superior Court of murder and possession of a knife during the commission of a crime, petitions to vacate those convictions under 28 U.S.C. § 2254. Doc. 1. The Court screened his petition and recommended dismissal, as (1) this is Bisard's second § 2254 petition (and fourth attempt to attack his conviction in this Court alone), and (2) he never sought permission from the court of appeals before filing.

Petitioner seeks to amend the petition to name the new warden at his prison. Doc. 6. This motion is **GRANTED**. The Clerk of Court is **DIRECTED** to update the caption, and all future pleadings shall so conform.

Petitioner also seeks to amend the petition to demonstrate exhaustion of his state remedies, namely by listing every single state court case that he has filed or is in the process of filing. Doc. 5. This motion is **GRANTED**, in that it updates the record of Bisard's case, but does not in any way change the allegations of his petition or this Court's dismissal recommendation (again, it is successive, which means this Court lacks jurisdiction regardless of whether Bisard fully exhausted his state remedies).

Finally, Bisard writes that he has received a copy of this Court's Report and Recommendation (R&R) in another case, rather than his own. The Clerk of Court is **DIRECTED** to serve Bisard with another copy of the R&R (doc. 3) and reset the 14-day Fed. R. Civ. P. 72(b)(2) Objections deadline.

**SO ORDERED**, this  19th  day of October, 2016.

UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA