**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION**

FILED
U.S. DISTRICT COURT
BRUNSWICK DIV.

2016 NOV 30  P 3: 04

CLERK _____
SO. DIST. OF GA.

GREGORY BISARD                )
                              )        CV 416-246
        v.                    )
                              )
EDWARD PHILBIN, Warden, Autry )
State Prison                  )

## ORDER

After an independent review of the record, the Court concurs with the Magistrate

Judge's Report and Recommendation, to which one objection has been filed.

Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the

opinion of the Court.

So ORDERED, this _30_ day of November, 2016.

LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA